# United States District Court
## Western District of North Carolina
### Asheville  Division

| | | |
|---|---|---|
| Stewart Wayne Owenby **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00243 |
| | ) | |
| vs. | ) | |
| | ) | |
| Nancy A. Berryhill **,** | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 28, 2017 Order.

August 29, 2017

Frank G. Johns, Clerk
United States District Court